Michael W. Moore (ISBN 1919)
MOORE & BASKIN, L.L.P.
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031

Attorneys for Defendant Clarendon National Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WARREN F. FARNWORTH, | ) Case No: 05-021-S-BLW |
| | ) |
| Plaintiff, | ) **AFFIDAVIT OF** |
| | ) **MICHAEL W. MOORE** |
| vs. | ) |
| | ) |
| CLARENDON NATIONAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

STATE OF IDAHO    )
                 ) ss.
County of Ada    )

   COMES NOW MICHAEL W. MOORE, and, being first duly sworn upon oath, states and affirms the following:

1.  I am an attorney with the firm of Moore & Baskin, LLP. I have personal knowledge concerning the gathering of the matters set forth herein. The documents attached to this affidavit include pleadings on file in the courts as identified and/or documents

AFFIDAVIT OF MICHAEL W. MOORE - page 1

obtained during the course of discovery herein as identified.

2. Exhibit A attached hereto is a true and correct copy of Frontier Insurance Company's Real Estate Agents and Brokers Errors and Omissions Policy, Policy No. 98 EO 0003ID, issued to the Idaho Real Estate Commission as the Named Insured for the policy period from October 1, 1998 to October 1, 2000 as produced pursuant to subpoena at the April 15, 2005 deposition of Frontier Insurance Company in Rehabilitation and designated as Exhibit F thereto.

3. Exhibit B attached hereto is a true and correct copy of the March 30, 2000 letter from Cindy Rice Grissom, Vice President of Frontier Insurance Company to Donna Jones, Executive Director of the Idaho Real Estate Commission, as produced pursuant to subpoena at the March 28, 2005 deposition of the Idaho Real Estate Commission and designated as past of Exhibit B thereto.

4. Exhibit C attached hereto is a true and correct copy of the May 10, 2000 letter from Lyle D. Gessford, Purchasing Officer for the Idaho Department of Administration to Cindy Rice Grissom of Frontier Insurance Company as produced pursuant to subpoena at the March 28, 2005 deposition of the Idaho Real Estate Commission and designated as past of Exhibit B thereto.

5. Exhibit D attached hereto is a true and correct copy of the Property/Casualty Reinsurance Endorsement, No. FIC 0006221 as produced at the July 14, 2005 deposition of Clarendon National Insurance Company taken pursuant to F.R.C.P.

30(b)(6) as part of Exhibit 12 thereto.

6. Exhibit E attached hereto contains a true and correct copy of relevant pages and exhibits to the deposition of Jon Adamson, taken on March 17 and April 21, 2004 in *Farnworth v. Realty Center, Inc., et al.*, Ada County Case No. CV OC 0102482D. Those pages and exhibits are:

| Pages | Exhibits |
|---|---|
| 9-12; 17-28; 53-60; 73-76; 93-100; 210-213; 218-225; 306-309; 366-369; 378-381. | 108, 109, 117, 119, 126. |

7. Exhibit F attached hereto contains a true and correct copy of relevant pages and exhibits to the deposition of Warren Farnworth, taken on May 13 and 14, August 21 and 22, and September 23 and 30, 2003 in *Farnworth v. Realty Center, Inc., et al.*, Ada County Case No. CV OC 0102482D. Those pages and exhibits are:

Pages
118-121; 134-141; 170-177; 182-185; 206-213; 218-229; 254-257; 407-414; 539-542; 611-614; 623-626; 702-709; 718-721; 726-729; 750-757; 762-765.

8. Exhibit G attached hereto contains a true and correct copy of relevant pages and exhibits to the deposition of Jerry Adamson, taken on February 17 and 18, 2004 in *Farnworth v. Realty Center, Inc., et al.*, Ada County Case No. CV OC 0102482D. Those pages and exhibits are:

| Pages | Exhibits |
|---|---|
| 9-72; 101-104; 121-124. | 101, 102 |

9. Exhibit H attached hereto is a true and correct copy of an October 26, 1999 letter from

AFFIDAVIT OF MICHAEL W. MOORE - page 3

Ray Bixler, an investigator for the Idaho Real Estate Commission to Jon Adamson and Realty Center with attached September 29, 1999 Verified Complaint form by Douglas A. Stewart and Kelle Watkins as produced pursuant to subpoena at the March 28, 2005 deposition of the Idaho Real Estate Commission and designated as part of Exhibit F thereto.

10. Exhibit I attached hereto is a true and correct copy of the September 1, 1999 letter from Doug Stewart and Kelle Watkins to Jon and Linda Adamson and Realty Center as produced pursuant to subpoena at the March 28, 2005 deposition of the Idaho Real Estate Commission and designated as part of Exhibit F thereto.

11. Exhibit J attached hereto is a true and correct copy of the September 9, 1999 letter from Doug Stewart and Kelle Watkins to Linda Adamson, Jon Adamson, Jerry Adamson, Ashley Seymoor, Realty Center and Real Pro Foundation, Inc. as produced pursuant to subpoena at the March 28, 2005 deposition of the Idaho Real Estate Commission and designated as part of Exhibit F thereto.

12. Exhibit K attached hereto is a true and correct copy of the stipulation entered into between Jon Adamson and the Idaho Real Estate Commission on or about February 4, 2000, as produced pursuant to subpoena at the March 28, 2005 deposition of the Idaho Real Estate Commission and designated as part of Exhibit C thereto.

13. Exhibit L attached hereto is a true and correct copy of a March 13, 2000 letter from Diane Jones, Executive Director of the Idaho Real Estate Commission to Jon

AFFIDAVIT OF MICHAEL W. MOORE - page 4

Adamson with enclosed Final Order entered by the Idaho Real Estate Commission, dated February 18, 2000, as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation and designated as part of Exhibit C-7A thereto.

14. Exhibit M attached hereto is a true and correct copy of the Complaint and Demand for Jury Trial filed by Doug Stewart and Kelle Watkins against Realty Center, Inc., Jon Dee Adamson, Jerry Adamson, Kevin J. Ford and Real/Pro Foundation, Inc., Ada County Case No. CV OC 0002499D, with file date of May 24, 2000.

15. Exhibit N attached hereto is a true and correct copy of the Notice of Claim signed by Jon Adamson, dated May 30, 2000 as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation and made part of Exhibit C-7A thereto.

16. Exhibit O attached hereto is a true and correct copy of the June 13, 2000 letter from Shari Elliott, Claims Examiner for Frontier Insurance Company as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation and made part of Exhibit C-7A thereto.

17. Exhibit P attached hereto is a true and correct copy of the June 16, 2000 letter from Shari Elliott, claims examiner for Frontier Insurance Co. to Jon D. Adamson as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation and made part of Exhibit C-7A thereto.

AFFIDAVIT OF MICHAEL W. MOORE - page 5

18. Exhibit Q attached hereto is a true and correct copy of the September 26, 2001 letter from Phil Collaer to Stewart Prather, claims attorney for Frontier Insurance Company and the enclosed September 24, 2001 Order for Dismissal With Prejudice entered in *Stewart and Watkins v. Realty Center, Inc., et al.*, Ada County Case No. CV OC 0002499D as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation and attached as part of Exhibit C-8A thereto.

19. Exhibit R attached hereto is a true and correct copy of the Complaint for Individual and Class Action Relief and Demand for Jury Trial in *Farnworth v. Realty Center, Inc. et al.*, Ada County case No. CV OC 0102482D, as produced at the July 14, 2005 deposition of Clarendon National Insurance Company taken pursuant to F.R.C.P. 30(b)(6) and made a part of Exhibit 15 thereto.

20. Exhibit S attached hereto is a true and correct copy of the April 24, 2001 facsimile transmission from the desk of Maggie W. Knauss of Frontier Insurance to Jon Adamson with stamped "Received Apr. 25, 2001" and handwriting along with Notice of Claim and Summons for Service attachment as produced pursuant to subpoena of April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation and made part of Exhibit C-14 thereto.

21. Exhibit T attached hereto is a true and correct copy of the June 14, 2004 Second Amended Complaint and Demand for Jury Trial filed in *Farnworth v. Realty Center,*

AFFIDAVIT OF MICHAEL W. MOORE - page 6

*Inc., et al.*, Ada County Case No. CV OC 0102482D.

22. Exhibit U attached hereto is a true and correct copy of a facsimile transmission from Quane Smith on September 1, 2004 to Frontier Insurance. The fax forwards a motion to withdraw and supporting affidavit seeking to withdraw as counsel for Defendant Jerry Adamson in Farnworth v. Realty Center, Inc., et al., Ada County Case No. CV OC 0102482D as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation as part of Exhibit I thereto.

23. Exhibit V is a copy of a September 1, 2004 faxed letter from Plaintiff's counsel to Phil Collaer, sent to all defense counsel in conjunction with *Farnworth v. Realty Center, Inc., et al.*, as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation as part of Exhibit I thereto.

24. Exhibit W is a true and correct copy of a September 2, 2004 facsilile transmission from Mallea law offices to Frontier. The fax forwards documents to Frontier including a letter from Ken Mallea to Frontier, a motion to withdraw as counsel for Leslie Hampton, and affidavit in support in conjunction with *Farnworth v. Realty Center, Inc., et al.*, as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation as part of Exhibit I thereto.

25. Exhibit X is a true and correct copy of a September 2, 2004 facsimile transmission from Anderson, Julian & Hull to Frontier. The fax forwards documents to Frontier including a letter from Phil Collaer to Frontier, a settlement offer from Plaintiff, a

AFFIDAVIT OF MICHAEL W. MOORE - page 7

motion to withdraw by the Anderson, Julian & Hull firm, and supporting documents, all in conjunction with *Farnworth v. Realty Center, Inc., et al.*, as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation as part of Exhibit I thereto.

26. Exhibit Y attached hereto is a true and correct copy of the September 3, 2004 Settlement Agreement between Warren Farnworth and Jon Adamson and Real/Pro, Inc. as provided to counsel from attorney T.J. Angstman, attorney for Mr. Farnworth.

27. Exhibit Z attached hereto is a true and correct copy of the September 3, 2004 Order Granting Leave to Withdraw as Counsel for Defendant Realty Center, Inc., Jon Dee Adamson, and Real/Pro, Inc. filed in *Farnworth v. Realty Center, et al.*, Ada County case No. CV OC 0102482D.

28. Exhibit AA attached hereto is a true and correct copy of the September 3, 2004 Stipulation and Joint Motion for Entry of Judgment filed in *Farnworth v. Realty Center, et al.*, Ada County case No. CV OC 0102482D.

29. Exhibit BB attached hereto is a true and correct copy of the September 3, 2004 Notice of Covenant Not to Execute filed in *Farnworth v. Realty Center, et al.*, Ada County case No. CV OC 0102482D.

30. Exhibit CC attached hereto is a true and correct copy of the September 3, 2004 Joint Motion and Stipulation for Dismissal of Claims against Leslie Hampton, filed in *Farnworth v. Realty Center, et al.*, Ada County case No. CV OC 0102482D.

31. Exhibit DD attached hereto is a true and correct copy of the September 3, 2004 Order filed in *Farnworth v. Realty Center, et al.,* Ada County case No. CV OC 0102482D.

32. Exhibit EE attached hereto is a true and correct copy of the September 7, 2004 Stipulation for Dismissal with Prejudice between Farnworth and Jerry Adamson filed in *Farnworth v. Realty Center, et al.,* Ada County case No. CV OC 0102482D.

33. Exhibit FF attached hereto is a true and correct copy of the September 7, 2004 Order of Dismissal With Prejudice of claim against Jerry Adamson filed in *Farnworth v. Realty Center, et al.,* Ada County case No. CV OC 0102482D.

34. Exhibit GG attached hereto is a true and correct copy of the September 7, 2004 Judgment signed by District Judge McLaughlin on September 3, 2004 awarding a judgment in favor of Plaintiff Farnworth and against Defendants Jon Adamson and Real/Pro, Inc. in the amount of $170,000.00 by stipulation, filed in *Farnworth v. Realty Center, et al.,* Ada County case No. CV OC 0102482D.

35. Exhibit HH attached hereto is a true and correct copy of the January 10, 2002 Complaint for Individual and Class Action for Relief and Demand for Jury Trial filed in Ada County Case No. CV OC 0200240D.

36. Exhibit II attached hereto is a true and correct copy of the June 1, 2002 Notice of Claim signed by Jon D. Adamson in 2002 as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation as part of Exhibit C-8B thereto.

AFFIDAVIT OF MICHAEL W. MOORE - page 9

37. Exhibit JJ attached hereto is a true and correct copy of the August 18, 2003 letter from Phillip Collaer of Anderson, Julian & Hull, LLP to Nick Estabrook, New York State Insurance Department, Liquidation Bureau with enclosed copy of August 8, 2003 Order for Dismissal With Prejudice filed in *Duesman v. Jon Dee Adamson, et al.*, Ada County Case No. CV OC 0200240D as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation as part of Exhibit C-10B thereto.

38. Exhibit KK attached hereto is a true and correct copy of the October 10, 2001 Order of Rehabilitation filed in the Supreme Court of the State of New York, County of New York In the Matter of the Application of Gregory V. Serio, as Superintendent of Insurance of the State of New York, for an order to take possession of the property of and rehabilitate Frontier Insurance Company, Index No. 405090/01, as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation as Exhibit H thereto.

39. Exhibit LL attached hereto is a true and correct copy of "Update - Frontier Insurance Companies - October 22, 2002" as produced pursuant to subpoena at the March 28, 2005 deposition of the Idaho Real Estate Commission as part of Exhibit B thereto.

40. Exhibit MM attached hereto is a true and correct copy of the April 29, 2002 Memorandum from Harry Keith to Bert Harvey Re: Real Estate E & O Claims with claim date prior to Cut Thru endorsement effective dates as produced at the July 14,

AFFIDAVIT OF MICHAEL W. MOORE - page 10

2005 deposition of Clarendon National Insurance Company taken pursuant to F.R.C.P. 30(b)(6 and made Exhibit 6 thereto.

41. Exhibit NN attached hereto is a true and correct copy of relevant pages from the July 14, 2005 deposition of Harry Keith taken on behalf of Clarendon National Insurance Company pursuant to F.R.C.P. 30(b)(6). Those pages are: 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 61, 62, 63, 133, 134, 135, 136, 137, 138.

42. Exhibit OO attached hereto is a true and correct copy of the June 21, 2002 letter from Harry Keith, Claims Examiner for North American Risk Services to Nick Estabrook at Frontier Insurance Company as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation as part of Exhibit C-8B thereto.

43. Exhibit PP attached hereto is a true and correct copy of relevant pages from the April 15, 2005 deposition of Mike Donovan taken on behalf of Frontier Insurance Company in Rehabilitation pursuant to F.R.C.P. 30(b)(6). Those pages are: 14, 15, 16, 17, 53, 54, 96, 103, 105, 109, 110, 111, 112, 113, 114, 115, 138.

44. Exhibit QQ attached hereto is a true and correct copy of the April 22, 2004 e-mail from James Estabrook to Bill Schmidt, Cheryl Smiley, John Johnson, Kent Lombardi, Mike Donovan and Neal Conolly, subject: 74069, 74071 Farnworth and Duesman, as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation as part of Exhibit C-10C thereto.

AFFIDAVIT OF MICHAEL W. MOORE - page 11

45. Exhibit RR attached hereto is a true and correct copy of the April 22-28, 2004 e-mail exchange between James Estabrook Bill Schmidt, Mike Donovan, and Neal Conolly, subject: re: 74069, 74071 Farnworth and Duesman, as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation as part of Exhibit C-10C thereto.

46. Exhibit SS attached hereto is a true and correct copy of the June 8, 2001 letter from Maggie W. Knauss, Claims Examiner with Frontier Insurance Company to Jerel H. Adamson, as produced pursuant to subpoena at the April 14, 2005 deposition of Frontier Insurance Company in Rehabilitation as part of Exhibit C-6 thereto.

47. Exhibit TT attached hereto is a true and correct copy of an advertisement placed in the *Thrifty Nickel* as obtained in the deposition of Idaho Real Estate Commission pursuant to F.R.C.P. 30(b)(6).

48. Exhibit UU attached hereto is a true and correct copy of the October 22, 1999 letter from Jon Adamson to Idaho Real Estate Commission Investigator Ray Bixler as obtained in the deposition of the Idaho Real Estate Commission pursuant to F.R.C.P. 30(b)(16).

FURTHER your affiant saith naught.

DATED this 13th day of October, 2005.

By: /s/ Michael W. Moore
MICHAEL W. MOORE

AFFIDAVIT OF MICHAEL W. MOORE - page 12

SUBSCRIBED AND SWORN to before me this 13th day of October, 2005.



Sharon Allen
Notary Public for Idaho
Residing at: Boise
Commission Expires: 7-15-2006

AFFIDAVIT OF MICHAEL W. MOORE - page 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on this ~~13th~~ 14th day of October 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF Registered Participant:

| | |
|---|---|
| \_\_\_\_\_ U.S. Mail, postage prepaid | T.J. Angstman |
| \_\_\_\_\_ Hand Delivered | Wyatt B. Johnson |
| \_\_\_\_\_ Overnight Mail | Angstman Law, PLLC |
| \_\_\_\_\_ Facsimile Transmission | 3649 N. Lakeharbor Lane |
| | Boise, ID 83703 |
| | Fax: (208) 853-0117 |

_____
Michael W. Moore

AFFIDAVIT OF MICHAEL W. MOORE - page 14