Wyatt Johnson
Angstman Law, PLLC
3649 Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Angstman ISB #5738
Johnson ISB #5858
Sullivan ISB #1560

Attorney for Warren M. Farnworth

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WARREN M. FARNWORTH,<br><br>                    Plaintiff<br><br>Vs.<br><br>CLARENDON NATIONAL INSURANCE COMPANY,<br><br>                    Defendant | Case No.   05-021-S-BLW<br><br>FIRST SUPPLEMENTAL AFFIDAVIT OF COUNSEL IN OPPOSITION TO CLARENDON NATIONAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT FILED OCTOBER 13, 2005 |

STATE OF IDAHO   )

COUNTY OF ADA   )

   WYATT B. JOHNSON, having been first duly sworn deposes and says:

FIRST SUPPLEMENTAL AFFIDAVIT OF COUNSEL IN OPPOSITION TO CLARENDON NATIONAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT FILED OCTOBER 13, 2005 - PAGE 1

1. I am one of the attorney's of record for the above named Plaintiff and make this First Supplemental Affidavit of Counsel in Opposition to the Defendant's Motion for Summary Judgment.

2. I am over the age of 18 years and competent to testify before this Court.

3. Attached hereto as Exhibit A is a certified copy of the Articles of Organization for the corporation Real/Pro Foundation, Inc. which were filed with the Idaho Secretary of State on or about April 5th, 1999.

4. Attached hereto as Exhibit B is a certified copy of the Annual Reports for the years 2001 and 2004 filed with the Idaho Secretary of State by Real/Pro Foundation, Inc., on or about February 22, 2001 and April 5th, 2004, respectively.

5. Attached hereto as Exhibit C is a certified copy of the Articles of Organization for the corporation Real/Pro, Inc. which were filed with the Idaho Secretary of State on or about April 10th, 1980.

6. Attached hereto as Exhibit D is a certified copy of the Annual Reports for the years 1999, 2001 and 2004 filed with the Idaho Secretary of State by Real/Pro, Inc., on or about August 7th, 1999, February 14th, 2001 and April 5th, 2004, respectively.

7. Attached hereto as Exhibit E is a certified copy of the Articles of Organization for the corporation Realty Center, Inc. which were filed with the Idaho Secretary of State on or about October 21, 1981.

8. Attached hereto as Exhibit F is a certified copy of the Annual Reports for the years 1999 and 2001 filed with the Idaho Secretary of State by Realty

Center, Inc. on or about August 9th, 1999 and August 8th, 2001, respectively.

9. Attached hereto as Exhibit G are relevant portions of the deposition of Phil Collaer taken in this matter on or about November 8th, 2005.

FURTHER YOUR AFFIANT SAITH NAUGHT.

/s/
WYATT JOHNSON

SUBSCRIBED AND SWORN to before me on this 18th day of November, 2005.

/s/
Kim R. Anderson, Notary Public
Residing at:   Boise, Id
My Commission Expires: 9-18-09

FIRST SUPPLEMENTAL AFFIDAVIT OF COUNSEL IN OPPOSITION TO CLARENDON NATIONAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT FILED OCTOBER 13, 2005 - PAGE 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2005, caused to be served a true copy of the foregoing FIRST SUPPLEMENTAL AFFIDAVIT OF COUNSEL IN OPPOSITION TO CLARENDON NATIONAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT FILED ON OCTOBER 13, 2005 by the method indicated below, and addressed to those parties marked served below:

| Served | Party | Counsel | Means of Service |
|---|---|---|---|
| ☐ | Clarendon National Insurance Company | Michael W. Moore<br>MOORE BASKIN<br>1001 W. Idaho, Ste. 400<br>P. O. Box 6756<br>Boise, Idaho  83707 | X   Electronically Served |

/s/
WYATT JOHNSON

FIRST SUPPLEMENTAL AFFIDAVIT OF COUNSEL IN OPPOSITION TO CLARENDON NATIONAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT FILED OCTOBER 13, 2005 - PAGE 4